UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M C BANK AND TRUST COMPANY | CIVIL ACTION |
| VERSUS | NO. 16-14311 |
| SUARD BARGE SERVICE, INC., ET AL | SECTION "R" (2) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be a judgment in favor of plaintiff against Defendant Louis O'Neil Suard, Jr. in the amount of $3,006,077.03 in principal, $789,468.17 in accrued interest, $3,507.30 in reimbursement for life insurance premiums, $8,500.00 for vessel survey costs, and interest in the sum of $535.33 per day from August 24, 2017. Plaintiff is also entitled to costs, expenses and reasonable attorneys' fees in an amount to be determined by the Court at a later date.

IT IS FURTHER ORDERED that there be a judgment in favor of plaintiff against Louis O'Neil Suard, Jr. recognizing plaintiff as the holder of a valid and enforceable commercial security agreement dated December 20, 2001, under which plaintiff was granted a security interest in a certain 28-

foot pleasure boat named *Awesome* and bearing Louisiana Wildlife and Fisheries registration number LA-1345-EX and decal number 087039-04.

IT IS FURTHER ORDERED that, because there is no just reason for delay, this judgment constitutes a final judgment against Louis O'Neil Suard Jr. under Rule 54(b) of the Federal Rules of Civil Procedure. Plaintiff's claims against Suard Barge Service, Inc., Premier Services, Inc. and the vessels named as defendants in this matter are reserved and preserved.

New Orleans, Louisiana, this 11th day of September, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE